# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH MARTIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SEPHORA USA, INC.,<br><br>　　　　Defendant. | Case No. 1:22-cv-01355-JLT-SAB<br><br>ORDER GRANTING MOTION TO CONTINUE SCHEDULING CONFERENCE<br><br>(ECF No. 10) |

　　　　Plaintiff filed this action on October 23, 2022. (ECF No. 1.) A scheduling conference is currently set for January 24, 2023. (ECF No. 6.) On December 12, 2022, the parties stipulated to an extension of time for Defendant to file a responsive pleading. (ECF No. 9.) On January 10, 2023, the parties filed a stipulated request to continue the scheduling conference due to a forthcoming motion to dismiss. (ECF No. 10.) The parties request the scheduling conference be continued to March 21, 2023, or 30 days after the motion is decided. The Court shall continue the scheduling conference for a period of six (6) months due to the impacted status of the District Judge.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　The motion to continue the scheduling conference, (ECF No. 10), is GRANTED;

　　　　2.　　The January 24, 2023, scheduling conference is CONTINUED to July 18, 2023, at 2:00 p.m., in Courtroom 9; and

1

3. The parties shall file a joint scheduling report at least seven (7) days prior to the scheduling conference.

IT IS SO ORDERED.

Dated: **January 10, 2023**

_____
UNITED STATES MAGISTRATE JUDGE