# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH MARTIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SEPHORA USA, INC.,<br><br>　　　　　Defendant. | Case No. 1:22-cv-01355-JLT-SAB<br><br>ORDER VACATING MARCH 29, 2023 HEARING ON MOTION TO DISMISS<br><br>(ECF Nos. 12, 18) |

　　　　Defendant Sephora USA, Inc. filed a motion to dismiss on January 24, 2023. (ECF No. 12.) On February 17, 2023, the district judge referred the matter to the magistrate judge to issue findings and recommendations. (ECF No. 15.) The hearing on Defendant's motion was reset before the magistrate judge for March 29, 2023. (ECF No. 18.)

　　　　Having considered the moving papers, notice of supplemental authorities, and the record on file, the Court finds this matter suitable for decision without oral argument. See E.D. Cal. L.R. 230(g). Accordingly, the hearing set for March 29, 2023, will be vacated and the parties will not be required to appear at that time.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that the hearing on Defendant's motion to dismiss (ECF No. 12), set for March 29, 2023, at 10:00 a.m. in Courtroom 9, is HEREBY VACATED.

IT IS SO ORDERED.

Dated:   **March 24, 2023**

UNITED STATES MAGISTRATE JUDGE

2