# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

RUTH MARTIN,

        Plaintiff,

  v.

SEPHORA USA, INC.,

        Defendant.

Case No. 1:22-cv-01355-JLT-SAB

ORDER GRANTING STIPULATION REGARDING THE FINDINGS AND RECOMMENDATIONS AND DEFENDANT SEPHORA USA INC.'S RESPONSIVE PLEADING DEADLINE TO PLAINTIFF'S FIRST AMENDED COMPLAINT

(ECF No. 23)

      Defendant Sephora USA, Inc. filed a motion to dismiss on January 24, 2023.  (ECF No. 12.)  On February 17, 2023, the district judge referred the matter to the magistrate judge to issue findings and recommendations.  (ECF No. 15.)  On March 30, 2023, the Court issued findings and recommendations to partially-grant Defendant's motion to dismiss.  (ECF No. 21.)  On April 4, 2023, prior to the District Judge's ruling on the pending findings and recommendations as to the motion to dismiss, Plaintiff filed a first amended complaint ("FAC").  (ECF No. 22.)

      On April 10, 2023, the parties filed a stipulation regarding the findings and recommendations and defendant Sephora USA, Inc.'s pleading deadline to respond to the FAC. (ECF No. 23.)  In the stipulation, the parties proffer they do not intend to file objections to the pending findings and recommendations, and they acknowledge the FAC was not accompanied by a motion for leave to file an amended complaint.  Further, the parties request that Plaintiff's FAC

not be deemed filed (if at all) until after the District Judge rules on the pending findings and recommendations.  The Court finds good cause exists to grant the requested relief.

Accordingly, IT IS HEREBY ORDERED that

1.    Plaintiff's FAC (ECF No. 22) shall not be deemed filed for any purpose, including but not limited to Defendant's responsive pleading requirement, until an order is issued by the Court granting Plaintiff leave to amend her complaint;

2.    If Plaintiff is granted leave to amend her complaint, the FAC (ECF No. 22) shall be deemed filed as of the date of the Court's order, and Defendant shall have 21 days from the issuance of that order to file a responsive pleading; and

3.    Should Plaintiff not be granted leave to amend, the FAC should be stricken, and the case dismissed according to the Court's orders.

IT IS SO ORDERED.

Dated:   **April 10, 2023**

_____
UNITED STATES MAGISTRATE JUDGE

2