UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH MARTIN,<br><br>   Plaintiff,<br><br>  v.<br><br>SEPHORA USA, INC.,<br><br>   Defendant. | Case No. 1:22-cv-01355-JLT-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 12, 14, 16, 17, 19, 21, 24) |

  Ruth Martin initiated this putative class action on October 23, 2022. (Doc. 1.) Defendant Sephora USA, Inc. filed a motion to dismiss on January 24, 2023. (Doc. 12.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302.

  The assigned magistrate judge issued findings and recommendations, recommending that Defendant's motion to dismiss be granted, without prejudice, and that Plaintiff be granted leave to file a first amended complaint consistent with the Court's findings. (Doc. 21.) The parties were granted fourteen days in which to file objections to the findings and recommendations. No party filed objections.

  According to 28 U.S.C. § 636 (b)(1)(C) and Eastern District of California Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including the filed objections, the Court concludes that the findings and

recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued by the magistrate judge on March 30, 2023 (Doc. 21), are **ADOPTED IN FULL**.
2. Defendant Sephora USA, Inc.'s motion to dismiss (Doc. 12) is **GRANTED** with leave to amend as to the first cause of action only, consistent with the findings and recommendations as adopted by this order, and without leave to amend as to the second cause of action.
3. Plaintiff's prematurely filed first amended complaint (Doc. 22), to the extent it complies with the findings and recommendation adopted herein, is deemed **FILED** as of the date of this order.
4. Consistent with the parties' stipulation (*see* Docs. 23 & 24), Defendant's responsive pleading shall be filed within twenty-one (21) days of this order.

IT IS SO ORDERED.

Dated: **April 24, 2023**

UNITED STATES DISTRICT JUDGE